JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRUSTEES OF THE SOUTHERN CALIFORNIA IBEW-NECA PENSION PLAN,<br><br>    Plaintiff,<br><br>v.<br><br>BYPASS TRUST UNDER THE 2010 STEELMAN INTER VIVOS TRUST; KEVIN G. LIEBECK, in his capacity as Trustee of the Bypass Trust Under the 2010 Steelman Inter Vivos Trust; ELECTRITEL SERVICES, INC.; and DOES 1 through 10, Inclusive,<br><br>    Defendants. | Case No. 8:17-cv-02078-JVS-AGR<br><br>Assigned to the Honorable Judge James V. Selna<br><br>**ORDER DISMISSING ACTION, WITH PREJUDICE** |

Pursuant to the "Stipulation for Dismissal, With Prejudice" between Plaintiffs and Defendants, and for good cause:

IT IS HEREBY ORDERED, ADJUDGED AND DECREED THAT this action is dismissed with prejudice, each party to bear its own attorneys' fees and costs.

Dated: September 27, 2019

_____
HONORABLE JAMES V. SELNA
UNITED STATES DISTRICT COURT JUDGE